ACCEPTED
15-25-00123-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/26/2025 12:54 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00123-CV**

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/26/2025 12:54:39 PM
CHRISTOPHER A. PRINE
Clerk

**WHITTNEY FORD,**
*Plaintiff/Appellant,*

**v.**

**JIM DAVIS AND THE UNIVERSITY OFTEXAS AT AUSTIN,**
*Defendants/Appellees*

On Appeal from Cause No. D-1-GN-24-002171, in the
261st District Court of Travis County, Texas

**APPELLEES JIM DAVIS AND THE UNIVERSITY OF TEXAS AT AUSTIN'S UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEES' BRIEF**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellees, Jim Davis, in his official capacity as President of The University of Texas at Austin, and the University of Texas at Austin, pursuant to Tex. R. App. P. 38.6(d), file this Unopposed Motion to Extend Time to File Appellees' Brief and would respectfully shows as follows:

1. The deadline for Appellees' Brief is set for September 15, 2025.

2. Appellees' counsel requests a 30-day extension to this deadline, until

- 1 -

October 15 2025, to file Appellees' Brief.

3.       Among other matters, Appellees' counsel Rachel Behrendt is representing the Texas Comptroller in an upcoming weeklong jury trial in September, in *Arnulfo P. Alcorta, et al. v. Glenn Allen Hegar, Jr., Texas Comptroller of Public Accounts*, Cause No. D-1-GN-17-006831 in the 200th Judicial District, Travis County, TX; and presently has a deadline for a Motion for Summary Judgment and response to a Motion for Summary Judgment due in October in *Alan Scott Caver v. Attorney General of Texas*, Cause No. CIV23-0603 in the 411th District Court of Polk County, TX, which she will need to submit earlier due to an upcoming medical procedure that she will be taking a substantial amount of leave for. Likewise, Appellee's counsel Zachary Rhines has a full caseload, with likewise has a full caseload, with his work on *League of United Latin American Citizens, et al., v. Greg Abbott, in his official capacity as Governor of the State of Texas, et al.*, Case No. 3:21-CV-00259-DCG-JES-JVB in the United States District Court for the Western District of Texas as well as an appellate brief due on September 22, 2025.

4.       The undersigned respectfully requests additional time to review Whittney Ford's Appellant's Brief and adequately brief the relevant issues.

5.       This is Appellees' first request for an extension in this case. This request is sought not for the purposes of delay, but so that justice may be done.

6.     On August 26, 2025, the undersigned conferred with Appellant, who is unopposed to the requested extension.

<div style="margin-left:40%">

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Division Chief, General Litigation Division

*/s/ Rachel L. Behrendt*
**RACHEL L. BEHRENDT**
Texas Bar No. 24130871
Assistant Attorney General

**ZACHARY L. RHINES**
Texas Bar No. 24116957
Special Counsel

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (737) 231-8329
Facsimile: (512) 320-0667
Rachel.Behrendt@oag.texas.gov
Zachary.Rhines@oag.texas.gov

*ATTORNEYS FOR APPELLEES*

</div>

**CERTIFICATE OF CONFERENCE**

On August 26, 2025, counsel for Appellees conferred with Appellant Whittney Ford, regarding the foregoing motion. Mr. Ford informed the undersigned that he is not opposed to this motion.

>  */s/ Rachel L. Behrendt*
>  **RACHEL L. BEHRENDT**
>  Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served on August 26, 2025, on the following parties by e-service:

Martin Cohick
State Bar No. 24134042
Assistant Attorney General
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1317
Facsimile: (512) 320-0167
martin.cohick@oag.texas.gov

*Counsel for Texas Attorney General Ken Paxton*

Whittney Ford
4151 Wellborn Road
Apartment 1101A
Bryan, Texas 77801
Tel: (979) 264-4944
wjacksonford@gmail.com

*Plaintiff Pro Se*

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ariana Ines on behalf of Rachel Behrendt
Bar No. 24130871
ariana.ines@oag.texas.gov
Envelope ID: 104858422
Filing Code Description: Motion
Filing Description: APPELLEES JIM DAVIS AND THE UNIVERSITY OF TEXAS AT AUSTINS UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEES BRIEF
Status as of 8/26/2025 1:36 PM CST

Associated Case Party: The University of Texas at Austin

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Zachary Rhines | 24116957 | zachary.rhines@oag.texas.gov | 8/26/2025 12:54:39 PM | SENT |
| Martin Cohick | 24134042 | martin.cohick@oag.texas.gov | 8/26/2025 12:54:39 PM | SENT |
| Rachel Behrendt | 24130871 | rachel.behrendt@oag.texas.gov | 8/26/2025 12:54:39 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Wolfgang P.Hirczy de Mino | | wphdmphd@gmail.com | 8/26/2025 12:54:39 PM | SENT |
| Ariana Ines | | ariana.ines@oag.texas.gov | 8/26/2025 12:54:39 PM | SENT |

Associated Case Party: Whittney Ford

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Whitney Ford | | wjacksonford@gmail.com | 8/26/2025 12:54:39 PM | SENT |